UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

EDWARD D. MULLINS

Defendant.

22-CR-120 (JGK)

### [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Catherine M. Deist for admission to practice *pro hac vice* in the above captioned action is granted.

Applicant has declared that she is admitted to practice law in the States of Texas and Virginia; and that her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Catherine M. Deist |
| Firm Name: | Mukasey Frenchman LLP |
| Address: | 570 Lexington Avenue, Suite 3500 |
| City / State / ZIP | New York, NY 10022 |
| Telephone Number: | (212) 466-6400 |
| Email address: | catherine.deist@mfsllp.com |

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Edward Mullins in the above titled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

_____
United States District Court Judge

Dated: 3/15, 2022