UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    - against -                              22-cr-120 (JGK)

EDWARD MULLINS,                          ORDER

            Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for another conference on **June 2, 2022, at 2:30 p.m.**

    Because a continuance is needed to allow the Government to make discovery and for the defendant to review it, to allow defense counsel time to decide what motions, if any, will be made, and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **March 17, 2022,** until **June 2, 2022,** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendants and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:    New York, New York
            March 17, 2022

                                              John G. Koeltl
                                     United States District Judge