March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -v-

     Edward Mullins,
                  Defendant(s).

-------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

22 -CR- 120 ( JGK ) (    )

Defendant __Edward Mullins__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Plea/Trial/Sentence

_[signature]_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Edward Mullins
Print Defendant's Name

_[signature]_
Defense Counsel's Signature

Marc L. Mukasey
Print Defense Counsel's Name

on 7/13/22
This proceeding was conducted by reliable teleconference technology.

7/14/22
Date

_[signature]_
U.S. District Judge/U.S. Magistrate Judge