UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA

                    **NOTICE OF APPEARANCE**

                    Case No.: 1:22-cr-00120-JGK-1

-against-

EDWARD D. MULLINS,

        Defendant.

------------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that the Defendant, **Edward D. Mullins**, hereby appears by counsel, Thomas A. Kenniff, from RAISER & KENNIFF, P.C.

Dated: New York, New York
       October 5, 2022

                          /s/Thomas A. Kenniff
                          Raiser & Kenniff, P.C.
                          Attorneys for Defendant
                          By: Thomas A. Kenniff
                          87 Walker Street, 2nd Floor
                          New York, New York 10013
                          thomas@raiserandkenniff.com
                          (212) 274-0090