# MUKASEY
# FRENCHMAN

570 Lexington Avenue, Suite 3500
New York, NY 10022

Marc L. Mukasey
Partner
212-466-6406
Marc.mukasey@mfsllp.com

October 5, 2022

**BY ECF**
The Honorable John G. Koeltl
United States District Judge
Southern District of New York
Daniel P. Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

*[Handwritten annotation: NEW COUNSEL HAVING MADE AN APPEARANCE, THE REQUEST TO ADJOURN THE CONFERENCE IS DENIED. SO ORDERED. 10/6/22. /s/ JGK USDJ]*

Re: *United States v. Edward Mullins*, 22 Cr. 120 (JGK)

Dear Judge Koeltl:

      This letter is respectfully submitted on behalf of defendant Edward Mullins to request an adjournment of the status conference in the above-captioned matter, which is currently scheduled for October 7, 2022. This request is necessary because I tested positive for COVID on October 3, 2022, while I was in the middle of a complex criminal trial before the Honorable Edgardo Ramos.

      The parties are available to reschedule at the following dates and times:

            October 19 after 1:00 pm
            October 20 after 11:00 am
            October 21 after 11:00 am
            October 25 after 2:00 pm
            October 26 anytime

      In the event that the Court grants the parties' request, Mr. Mullins agrees to the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between October 7, 2022 and the date of the rescheduled conference. Mr. Mullins agrees that the ends of justice served by the exclusion of time outweigh the best interest of the public and Mr. Mullins in a speedy trial because, among other things, the exclusion of time will ensure that I am able to fully represent Mr. Mullins, and it allows additional time for the parties to continue reviewing the discovery materials produced in this case.

      The government consents to this request.

The Hon. John G. Koeltl
October 5, 2022
Page 2

                                      Respectfully submitted,

                                      /s/ Marc L. Mukasey
                                      Marc L. Mukasey
                                      Catherine M. Deist

cc:      All counsel of record (by ECF)