UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　v.<br><br>EDWARD MULLINS,<br><br>　　　　　Defendant. | 22 Cr. 120 (JGK) |

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Rule 1.16 of the New York Rules of Professional Conduct, and Local Civil Rule 1.4 as applied through Local Criminal Rule 1.1, Mukasey Frenchman LLP (the "Firm") hereby files this motion to withdraw as counsel for Defendant Edward Mullins in this action and, in support thereof, states as follows:

1.　On or about October 5, 2022, Defendant notified the Firm that he wished to terminate his agreement to be represented by the Firm.

2.　On or about October 5, 2022, Defendant retained new Counsel to replace the Firm.  Said Counsel has filed his appearance with this honorable Court.  *See* ECF 29.

3.　Withdrawal is, therefore, mandatory under New York Rule of Professional Conduct 1.16(b)(3), which provides that "a lawyer shall withdraw from the representation of a client when . . . the lawyer is discharged[.]"

4.　The firm asserts a retaining lien on the Defendant's file.

5.　For all of the foregoing reasons, the Firm respectfully requests that its motion for withdrawal be granted.

Dated: New York, New York
　　　　October 6, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

MUKASEY FRENCHMAN LLP

By: /s/ Marc L. Mukasey
Marc L. Mukasey
Catherine M. Deist
570 Lexington Avenue, Suite 3500
New York, NY 10022
Tel: (212) 466-6400