UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

UNITED STATES OF AMERICA,

        - against -

EDWARD D. MULLINS,

        Defendant.

22-CR-120 (JGK)

ORDER

---

**JOHN G. KOELTL, United States District Judge:**

As stated during today's conference, the next conference shall be held on **Thursday, January 5, 2023 at 11 a.m.**

In order to assure the effective assistance of counsel, and to allow the parties to discuss a disposition short of trial, the Court excludes the time from today until **January 5, 2023** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

    SO ORDERED.

Dated: October 7, 2022
       New York, New York

                                    John G. Koeltl
                              United States District Judge