March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

Edward Mullins,

        Defendant(s).

-----------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

22 -CR- 120 ( JGK ) ( )

Defendant __Edward Mullins__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Plea/Trial/Sentence

*Edward Mullins*
Edward Mullins (Oct 9, 2022 16:45 EDT)
**Defendant's Signature**
(Judge may obtain verbal consent on Record and Sign for Defendant)

Edward Mullins
Print Defendant's Name

*Thomas A. Kenniff*
**Defense Counsel's Signature**

Thomas A. Kenniff
Print Defense Counsel's Name

on 10/7/22
This proceeding was conducted by reliable teleconference technology.

10/11/22
Date

*[signature]*
U.S. District Judge/U.S. Magistrate Judge