# raiser&kenniff
## ATTORNEYS AT LAW

Steven M. Raiser
Thomas A. Kenniff
Douglas M. Reda

300 Old Country Rd, Suite 351
Mineola, NY 11501
Tel. 516-742-7600 • Fax 516-742-7618

Of Counsel
Anthony J. Colleluori
Marc S. Albert

December 30, 2022

**VIA ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

    Re:   *United States v. Edward D. Mullins*
           Case No.: 1:22-cr-00120-JGK

Dear Judge Koeltl:

    This office represents the defendant, Edward D. Mullins, in the above-referenced matter. Please be advised that the parties are still engaged in ongoing plea discussions. Thus, we are respectfully requesting that the conference currently scheduled before your Honor on January 5th, 2023, be adjourned to a date convenient to the Court in March. In the event a disposition is reached beforehand, we will contact the Court and request that the matter be advanced for a change of plea hearing.

    We have discussed the foregoing request with the Government, and they have indicated no objection. Should the Court have any comments or questions concerning this request, please do not hesitate to contact me at any time.

                                Respectfully submitted,

                                /s/Thomas A. Kenniff

                                Thomas A. Kenniff

cc:   AUSA Alexandra Rothman (via ECF/Email: Alexandra.Rothman@usdoj.gov)
       AUSA Andrew Rohrbach (via ECF/Email: Andrew.rohrbach@usdoj.gov)

Manhattan Office
87 Walker Street
New York, NY 10013
212-274-0090

www.raiserandkenniff.com

Suffolk Office
150 Motor Parkway, Suite 401
Hauppauge, NY 11788
888-504-2746