UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

                                                                22 cr 120 (JGK)

      -against-

                                                              **SPEEDY TRIAL ORDER**

EDWARD MULLINS,

                        Defendant.
------------------------------------------------------------X

**JOHN G. KOELTL, DISTRICT JUDGE:**

      The parties are directed to appear for a conference on **Thursday, March 16, 2023, at 11:00am,** before the Honorable John G. Koeltl.

      The Court prospectively excludes the time from today until **March 16, 2023** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by ordering such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

                                                                s/John G. Koeltl
                                                         **JOHN G. KOELTL**
                                        **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          January 3, 2023