```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA,                    22-cr-120 (JGK)

                                             ORDER
        - against -

EDWARD D. MULLINS,

                Defendant.

**JOHN G. KOELTL, District Judge:**

The New York Times Company ("The Times") has requested the unsealing of any "search warrants, search warrant applications, supporting affidavits, court orders, and returns on executed warrants related to searches of the property of Edward Mullins, Vincent Vallelong, Theresa Ashton, Dennis Ostermann, Paul Capotosto, and the Sergeants Police Benevolent Association ('SBA')." The Times's Feb. 7, 2023 Letter, ECF No. 41, at 2. By **Wednesday, March 1, 2023,** at **10:00 a.m.,** the government should submit an <u>ex parte</u> letter to the Court confirming whether there are any such records pertaining to the listed individuals other than Edward Mullins, because if such records exist, then those individuals will be given an opportunity to respond to The Times's request.

**SO ORDERED.**

Dated:   New York, New York
         February 27, 2023

                                        _____
                                              John G. Koeltl
                                         United States District Judge