UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────

UNITED STATES OF AMERICA,                    22-cr-120 (JGK)

                                             ORDER

          - against -


EDWARD D. MULLINS,

                    Defendant.
────────────────────────────────────

JOHN G. KOELTL, District Judge:

     The Court has issued a further <u>ex parte</u> order to the

government.

SO ORDERED.

Dated:    New York, New York
          March 7, 2023          ____/s/ John G. Koeltl_____
                                      John G. Koeltl
                                 United States District Judge