UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――

UNITED STATES OF AMERICA,                22-cr-120 (JGK)

                                         ORDER
        - against -


EDWARD D. MULLINS,

                Defendant.
―――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

   The Court has issued a further ex parte order to the government.

SO ORDERED.

Dated:   New York, New York
         March 14, 2023

                                         /s/ John G. Koeltl
                                         John G. Koeltl
                                         United States District Judge