UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

          -against-                                  22 cr 120 (JGK)

EDWARD MULLINS,                              **ORDER**
                Defendant.
-----------------------------------------------------------X

       The Court is filing the attached answer of the garnishee.

**SO ORDERED.**

                                       /s/ John G. Koeltl
                                     **JOHN G. KOELTL**
                             **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        March 24, 2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____
```

UNITED STATES OF AMERICA,

          Judgment Creditor,

v.

EDWARD MULLINS,

          Judgment Debtor,

and

SERGEANTS BENEVOLENT ASSOCIATION ANNUITY FUND,

          Garnishee.

No. 22 CR 120 (JGK)

**PUBLIC FILING**

## ANSWER OF THE GARNISHEE

I, **Errol Ogman**, the **Fund Administrator** of the Garnishee, **Sergeants Benevolent Association Annuity Fund**, state under penalty of perjury as follows:

GARNISHEE IS (choose one):

[_] An individual doing business in the name of _____.
[_] A partnership, [_] LP, [_] LLP or [_] LLC
[_] A corporation, organized under the laws of the State of _____.
[X] **A Qualified Trust.**

    I acknowledge receipt of the United States' request that Garnishee waive service of the garnishment process under Rules 4-4.1 of the Federal Rules of Civil Procedure in this proceeding. Without waiving defenses or objections to the garnishment or to the jurisdiction or venue of the court except for objections based on a defect in the service of the process, I hereby authorize **Andrew C. Quinn, Esq. of The Quinn Law Firm** to accept service for the Garnishee by:

[X] facsimile at **(914) 997-0550**; and/or

[X] e-mail at **aquinn@quinnlawny.com**; and/or

[X] first class mail at **Andrew C. Quinn, The Quinn Law Firm, 399 Knollwood Road, Suite 220, White Plains, New York 10603.**

On **February 7, 2023**, Garnishee was served with a Writ of Garnishment. At the time Garnishee was served with the Writ, Garnishee had in its possession or control, the following property of the judgment debtor:

1. **Financial Accounts**

**Account 1**
Type: **IRS 401(a) – Qualified Retirement Account**
Account No.: **117601664**
Title Owner: **John Hancock f/b/o Edward Mullins**
Amount: **As of 2/13/23 - $380,587.65**

2. **Safety Deposit Box**

   Box No.: _____
   Last accessed: _____
   Owners other than the judgment debtor:

   _____
   _____

3. Detail other personal property in the garnishee's possession, custody, or control:

   **NONE**

4. Are there prior garnishments or other court-ordered withholdings which are presently in effect including, but not limited to child support and alimony?
[ ] Yes or **[X] No**; if the answer is yes, describe below (case number, state, county):

   _____

5. Does the garnishee have custody, control or possession of any property, other than accounts, safety deposit boxes or other personal property, now owed or to be paid in the future, in which the judgment debtor has an interest? [ ] Yes or **[X] No**
If the answer is yes, describe below:

   _____.

**IF GARNISHEE DENIES HOLDING PROPERTY SUBJECT TO GARNISHMENT:**

6. Check and complete the applicable line below:

   [ ] Garnishee has the following objections, defenses, or set-offs:

Answer of Garnishee – Page 2

[ ] On the date the garnishee was served with the Writ, the garnishee was not indebted or under liability to the judgment debtor, and/or did not have in its possession or control any assets, income or other property in which the judgment debtor has an interest.

GARNISHEE served a copy of this Answer by first-class mail and/or email to:

(1) (*first class mail & email*) the judgment debtor, Edward Mullins, through his counsel, Thomas A. Kenniff, Esq., at Thomas A. Kenniff, Esq., Raiser & Kenniff, P.C., 87 Walker Street, New York, NY 10013 and *Via Email* to: thomas@raiserandkenniff.com;

(2) (*first class mail only*) the Clerk of Court, United States District Courthouse, 500 Pearl Street, New York, NY 10007, Attn: Arraignment Unit, Rm 520; and

(3) (*first class mail only*) Financial Litigation Unit, USAO, 86 Chambers Street, Third Floor, New York, NY 10007.

Pursuant to *28 U.S.C. § 1746*, I verify under penalty of perjury that the foregoing is true and correct.

Executed this **14th** day of **February, 2023**.

_____          ERROL OGMAN
(Signature)                              (Print Name)

Title:             **Fund Administrator**

Address:           **155 Franklin Street**

City, State, Zip:  **New York, NY 10013**

Telephone/Fax#:    **(t) 212.226.2180; (f) 212.431.4280**

Email:             **eogman@sbanyc.org**

STATE OF NEW YORK
COUNTY OF NEW YORK

Subscribed and sworn to before me this 14th day of February, 2023.

_____
Notary Public

ANTHONY J. DIFIORE
Notary Public, State of New York
No. 02DI5079506
Qualified in Westchester County
Commission Expires June 9, 2023

Answer of Garnishee – Page 3