```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | 22-cr-120 (JGK) |
| - against - | ORDER |
| EDWARD D. MULLINS, | |
| Defendant. | |

JOHN G. KOELTL, District Judge:

The Court has issued a further ex parte order to the government.

SO ORDERED.

Dated:  New York, New York
       March 28, 2023

                                     John G. Koeltl
                             United States District Judge