UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,                    22-cr-120 (JGK)

                                             ORDER

          - against -

EDWARD D. MULLINS,

                  Defendant.

JOHN G. KOELTL, District Judge:

      The Clerk of Court is directed to strike ECF No. 60, which

was filed without redactions for sensitive personal information,

from the public docket.

      The Court has filed the unredacted answers of Garnishees

Sergeants Benevolent Association Annuity Fund and MetLife under

seal.

SO ORDERED.

Dated:      New York, New York
            March 29, 2023
                                        _____
                                             John G. Koeltl
                                        United States District Judge