UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,                22-cr-120 (JGK)

                                         ORDER
- against -

EDWARD D. MULLINS,

        Defendant.

---

JOHN G. KOELTL, District Judge:

    The Court has exchanged additional <u>ex parte</u> correspondence with the government in an effort to refine the documents subject to possible redaction by the government.

SO ORDERED.

Dated:    New York, New York
         March 30, 2023

                                              John G. Koeltl
                                       United States District Judge