# raiser & kenniff
## ATTORNEYS AT LAW

Steven M. Raiser  
Thomas A. Kenniff  
Douglas M. Reda

300 Old Country Rd, Suite 351  
Mineola, NY 11501  
Tel. 516-742-7600 • Fax 516-742-7618

Of Counsel  
Anthony J. Colleluori  
Marc S. Albert

May 3rd, 2023

**VIA ECF**  
Honorable John G. Koeltl  
United States District Judge  
Southern District of New York  
Daniel Patrick Moynihan Courthouse  
500 Pearl Street  
New York, NY 10007

*Handwritten annotation:* ADJOURNED TO TUESDAY, JULY 18, 2023, AT 11:00AM. SO ORDERED. 5/5/23 [signature] USDJ

Re:   *United States v. Edward D. Mullins*  
      Case No.: 1:22-cr-00120-JGK

Dear Judge Koeltl:

    This office represents the defendant, Edward D. Mullins, in the above-captioned matter, wherein sentencing is currently scheduled before your Honor on May 25th, 2023. Mr. Mullins is currently enrolled, on the recommendation of his Pre-Trial Services officer, in the 12-week Focus Forward Project, a reentry-centered program for those charged with federal crimes.[1] Mr. Mullins is scheduled to graduate in early July, and would like the opportunity to both complete the program and present evidence of his successful completion to the Court at sentencing. Thus, we respectfully request an adjournment of sentencing to July 17th, 18th or 19th, or the week of July 31st or thereafter.

    In the event the Court grants this adjournment request, we ask that the dates for submission of sentencing memorandums be reset accordingly.

    We have discussed the foregoing request with the Government, and they have indicated that they take no position.

Respectfully submitted,

/s/Thomas A. Kenniff

Thomas A. Kenniff

cc:   AUSA Alexandra Rothman (via ECF/Email: Alexandra.Rothman@usdoj.gov)  
      AUSA Andrew Rohrbach (via ECF/Email: Andrew.rohrbach@usdoj.gov)

---

[1] www.focusforwardproject.org

Manhattan Office  
87 Walker Street  
New York, NY 10013  
212-274-0090

www.raiserandkenniff.com

Suffolk Office  
150 Motor Parkway, Suite 401  
Hauppauge, NY 11788  
888-504-2746