```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | 22-cr-120 (JGK) |
| - against - | ORDER |
| EDWARD D. MULLINS, | |
| Defendant. | |

JOHN G. KOELTL, District Judge:

The Court has received a letter in connection with sentencing. The letter is filed under seal because it contains personal identifying information. Defense counsel should assure that all sentencing letters are presented to the Court through counsel, after counsel has redacted any personal identifying information.

SO ORDERED.

Dated:   New York, New York
         May 9, 2023

_____
John G. Koeltl
United States District Judge