UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

| | |
|---|---|
| UNITED STATES OF AMERICA, | 22-cr-120 (JGK) |
| - against - | ORDER |
| EDWARD D. MULLINS, | |
| Defendant. | |

───────────────────────────────

JOHN G. KOELTL, District Judge:

The Court has received a letter in connection with sentencing. The letter is filed under seal because it contains personal identifying information.

SO ORDERED.

Dated:   New York, New York
         May 22, 2023

_____
John G. Koeltl
United States District Judge