**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 24, 2023

**BY ECF**
The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*ADJOURNED TO THURSDAY,
AUGUST 3, 2023, AT 11:30AM
SO ORDERED.*

*[signature] John G. Koeltl USDJ*
*5/24/23*

Re:   *United States v. Edward Mullins*, **22 Cr. 120 (JGK)**

Dear Judge Koeltl:

The Government writes, with the consent of defense counsel, to respectfully request an adjournment of the sentencing hearing in this matter, which is currently scheduled for July 18, 2023. Unfortunately, the lead case agent, who was responsible for the investigation in this matter, is unavailable on July 18, and would strongly prefer to attend the sentencing. The parties are available during the week of July 31, 2023. The Government apologizes to the Court for any inconvenience caused by this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   /s/ Alexandra Rothman
Alexandra Rothman
David Robles
Andrew Rohrbach
Assistant United States Attorneys
Southern District of New York
Tel: (212) 637-2580

06.20.2018