UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,                    22-cr-120 (JGK)

                                             ORDER
        - against -


EDWARD D. MULLINS,

                Defendant.

---

**JOHN G. KOELTL, District Judge:**

The Court has received the attached letter from Insider, Inc. ("Insider"), requesting access to the various search warrant materials that this Court previously directed the Government to disclose to The New York Times. See United States v. Mullins, No. 22-cr-120, 2023 WL 3159418 (S.D.N.Y. Apr. 26, 2023). The Government is directed to make those same materials available to Insider.

**SO ORDERED.**

Dated:    New York, New York
          June 5, 2023

                                         _____
                                         John G. Koeltl
                                         United States District Judge

# Insider

One Liberty Plaza, 8th Floor • New York, NY 10006

May 30, 2023

The Honorable John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**SENT VIA FEDERAL EXPRESS**

Re: *United States v. Mullins*, No 1:22-cr-00120-JGK

Dear Judge Koeltl,

I write on behalf of Insider, Inc. ("Insider") to ask that you direct the government to provide Insider materials previously provided to the New York Times at its request, *see* ECF No. 41, and pursuant to this court's order of April 26, 2023, *see* ECF No. 69. Insider's reporter already contacted the government's attorneys of record in this case to request these materials. Mr. Rohrbach, counsel for the government, indicated that we should seek your approval first, out of an abundance of caution—as your order only explicitly directed disclosure of the relevant documents to the New York Times—but that the government had no objections.

Respectfully submitted,

Bix Bettwy
Senior Corporate Counsel
Insider, Inc.
(646) 768-4709
BBettwy@insider.com