**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------

**UNITED STATES OF AMERICA,**                             22-cr-120 (JGK)

                                                         <u>ORDER</u>

- against –

**EDWARD D. MULLINS,**

                    **Defendant.**
------------------------------------------------

**JOHN G. KOELTL, District Judge:**

   The Court has received the attached letters from Bloomberg L.P. ("Bloomberg") and NYP Holdings, Inc. ("New York Post") requesting access to the various search warrant materials that this Court originally directed the Government to disclose to The New York Times. <u>See</u> <u>United States v. Mullins</u>, No. 22-cr-120, 2023 WL 3159418 (S.D.N.Y. Apr. 26, 2023). The Government is directed to make those same materials available to Bloomberg and the New York Post, as well as to any other third parties who request access to those materials going forward. If the Government objects to any specific third-party request for disclosure, the Government may present the reasons for its objections to the Court no later than **4 days** after its receipt of the request, and the Court will consider those objections before ruling on the request for disclosure.

**SO ORDERED.**

**Dated:    New York, New York**
           **June 13, 2023**                  ___/s/ John G. Koeltl_____
                                              **John G. Koeltl**
                                     **United States District Judge**



June 8, 2023

The Honorable John G. Koeltl

Daniel Patrick Moynihan

500 Pearl Street

New York, NY 10007-1312

Re: *United States v Mullins*, No 1:22-cr-00120-JGK

Dear Judge Koeltl,

I write on behalf of NYP Holdings, Inc ("New York Post") to request that you direct the government to provide various search warrant materials to the New York Post that were previously provided to the New York Times and Insider pursuant to this court's orders of April 23, 2023 and June 6, 2023 see ECF No. 69 and ECF No. 81.

I have already contacted the government's attorneys of record in this case to request these materials.

Ms. Rothman, counsel of government, indicated that we should seek your approval first, out of an abundance of caution — as your orders only explicitly directed disclosures of the relevant documents to the New York Times and Insider — but the government has no objections.

Respectfully submitted,

Priscilla DeGregory

Reporter

New York Post

(978) 618-9388

PDeGregory@nypost.com

1211 Avenue of the Americas, New York, NY 10036-8790

# Bloomberg

Bloomberg L.P.     731 Lexington Ave     Tel +1 212 318 2000
                   New York, NY 10022    bloomberg.com

June 8, 2023

The Honorable John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**SENT VIA FEDERAL EXPRESS**

Re: *United States v. Mullins,* No. 1:22-cr-00120-JGK

Dear Judge Koeltl:

I am writing on behalf of Bloomberg L.P., the publisher of Bloomberg News ("Bloomberg News"), to request that Your Honor direct the Government to provide Bloomberg News the materials that previously were provided to The New York Times and Insider at each of their requests (*see*, respectively, ECF No. 41 and ECF No. 78) pursuant to the Court's orders of April 26, 2023 (*see* ECF No. 69) and June 5, 2023 (*see* ECF No. 78).

Bloomberg News's reporter reached out to the Government's attorneys of record in this case to request the materials. Mr. Rohrbach, then-counsel for the Government, suggested that, out of an abundance of caution, we first seek the Court's approval, as the prior orders were specific to the news organizations that had made the earlier requests. Mr. Rohrbach further indicated that the Government had no objections to Bloomberg News's request.

We thank the Court in advance for its consideration.

Respectfully submitted,

*Randy L. Shapiro*

Randy L. Shapiro
Global Newsroom Counsel
BLOOMBERG L.P.
731 Lexington Avenue
New York, NY 10022
rshapiro30@bloomberg.net
(212) 617-0814

The BLOOMBERG TERMINAL service and data products are owned and distributed by Bloomberg Finance L.P. (BFLP) except (i) in Argentina, Australia and certain jurisdictions in the Pacific islands, Bermuda, China, India, Japan, Korea and New Zealand, where Bloomberg L.P. and its subsidiaries (BLP) distribute these products, and (ii) in Singapore and the jurisdictions serviced by BLP's Singapore office, where a subsidiary of BFLP distributes these products. BLP provides BFLP and its subsidiaries with global marketing and operational support and service. The following are trademarks and service marks of Bloomberg Finance L.P., a Delaware limited partnership, or its subsidiaries: BLOOMBERG, BLOOMBERG ANYWHERE, BLOOMBERG MARKETS, BLOOMBERG NEWS, BLOOMBERG PROFESSIONAL, BLOOMBERG TERMINAL and BLOOMBERG.COM. Absence of any trademark or service mark from this list does not waive Bloomberg's intellectual property rights in that name, mark or logo. All rights reserved.