```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

UNITED STATES OF AMERICA,                    22-cr-120 (JGK)

                                                        ORDER

       - against -

EDWARD D. MULLINS,

             Defendant.

---

**JOHN G. KOELTL, District Judge:**

    The Court has received a letter in connection with sentencing. The letter has been filed under seal because it contains personal identifying information.

**SO ORDERED.**

Dated:    New York, New York
             July 26, 2023

                                                John G. Koeltl
                                     United States District Judge