UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

EDWARD D. MULLINS,

              Defendant.

22-cr-120 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The Court has received another letter in connection with sentencing. The letter is filed under seal because it contains personal identifying information.

SO ORDERED.

Dated:   New York, New York
           July 27, 2023

                                   John G. Koeltl
                              United States District Judge