UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

UNITED STATES OF AMERICA,   22-cr-120 (JGK)

                                             ORDER

      - against -

EDWARD D. MULLINS,

           Defendant.
---

JOHN G. KOELTL, District Judge:

    The Court has received another letter in connection with sentencing. The letter has been filed under seal because it contains personal identifying information.

SO ORDERED.

Dated:    New York, New York
            July 28, 2023

                                                 John G. Koeltl
                                   United States District Judge