# raiser&kenniff
## ATTORNEYS AT LAW

Steven M. Raiser
Thomas A. Kenniff
Douglas M. Reda

87 Walker Street, 2nd Floor
New York, NY 10013
Tel. 212-274-0090 • Fax (888) 688-1765

Of Counsel
Anthony J. Colleluori
Marc S. Albert

July 28, 2023

**VIA EMAIL & ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

APPLICATION GRANTED
SO ORDERED

7/28/23  /s/ John G. Koeltl
John G. Koeltl, U.S.D.J.

Re: *United States v. Edward D. Mullins*
Case No.: 1:22-cr-00120-JGK

Dear Judge Koeltl:

This office represents the defendant, Edward D. Mullins, in the above-referenced matter.

The defense respectfully requests permission to play a video excerpt of Mr. Mullins' speech at his Focus Forward Project graduation during next week's sentencing hearing. We believe it is particularly relevant, especially in light of the Governments' denigration of his program participation in their sentencing submission. Furthermore, we are attaching additional recent letters of support for the Court's consideration.

Respectfully submitted,

/s/Thomas A. Kenniff

Thomas A. Kenniff

cc: AUSA Alexandra Rothman (via ECF/Email: Alexandra.Rothman@usdoj.gov)

Nassau Office
300 Old Country Rd, Ste. 351
Mineola, NY 11501
516-742-7600

www.raiserandkenniff.com

Suffolk Office
150 Motor Parkway, Suite 401
Hauppauge, NY 11788
888-504-2746