UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,                    22-cr-120 (JGK)

                                                                                                     ORDER

          - against -

EDWARD D. MULLINS,

                    Defendant.

---

JOHN G. KOELTL, District Judge:

    The defendant should provide any specific legal objections to the Government's proposed orders with respect to restitution and garnishment by **August 18, 2023**. The Government may reply by **August 25, 2023**.

SO ORDERED.

Dated:    New York, New York
           August 11, 2023

                                                                      John G. Koeltl
                                            United States District Judge