UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD MULLINS | 22 CR 120 (JGK)<br><br>**ORDER TO UNSEAL AND**<br>**<u>DOCKET EX PARTE FILINGS</u>** |

TO THE CLERK OF COURT:

WHEREAS, the United States of America ("the Government") initiated *ex parte* attachment and garnishment proceedings in which the Clerk of Court has maintained the following filings under seal: (1) Application for Writs of Attachment and Garnishment dated January 30, 2023; (2) Writs of Attachment and Garnishment signed on January 31, 2023; and (3) Clerk's Notice of Exemptions and Hearing Request Form issued on February 3, 2023;

WHEREAS, these documents have been served on the garnishees and the defendant, and the Government has notified the Court that the *ex parte* restriction may be lifted from the process for those filings to be docketed with public access. *See* Certificate of Service (Dkt. 42);

IT IS HEREBY ORDERED that the Clerk of Court shall unseal the Application for Writs of Attachment and Garnishment dated January 30, 2023; Writs of Attachment and Garnishment signed on January 31, 2023; and Clerk's Notice of Exemptions and Hearing Request Form issued on February 3, 2023; and make public docket entry of those items.

Signed this ___21st___ day of _____August_____, 2023.

                                            _____/s/ John G. Koeltl_____
                                            UNITED STATES DISTRICT JUDGE
                                                New York, New York