UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────

UNITED STATES OF AMERICA,                    22-cr-120 (JGK)

                                             ORDER
        - against -


EDWARD D. MULLINS,

                Defendant.
─────────────────────────────────

JOHN G. KOELTL, District Judge:

    In light of the Government's September 1, 2023 submission (ECF No. 112), the Clerk is respectfully directed to lift the temporary seal on ECF Nos. 102, 103, and 110.

SO ORDERED.

Dated:   New York, New York
         September 5, 2023

                                    /s/ John G. Koeltl
                                    ─────────────────────────
                                    John G. Koeltl
                                    United States District Judge