# raiser&kenniff
## ATTORNEYS AT LAW

Steven M. Raiser
Thomas A. Kenniff
Douglas M. Reda

300 Old Country Rd, Suite 351
Mineola, NY 11501
Tel. 516-742-7600 • Fax 516-742-7618

Of Counsel
Anthony J. Colleluori
Marc S. Albert

September 20th, 2023

**VIA ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

> ADJOURNED TO TUESDAY,
> OCTOBER 10, 2023, AT 2:30PM.
>
> SO ORDERED.
> [signature] JGK
> 9/21/23        USDJ

Re:   *United States v. Edward D. Mullins*
       Case No.: 1:22-cr-00120-JGK

Dear Judge Koeltl:

      This office represents the defendant, Edward D. Mullins, in the above-captioned matter. We are in receipt of the Court's recent order scheduling a conference for September 27th, 2023, regarding the issue of restitution. I am currently engaged on trial in the Supreme Court, New York County. While the trial is expected to continue until the end of October, it is scheduled to pause the week of October 9th.

      I am otherwise available either October 10th, 11th or 12th, and respectfully request that the conference be rescheduled to one of these dates. In the event those dates are not convenient to the Court, I then request a date on or after October 30th.

      I have discussed this request with the Government, and they have expressed no objection.

Respectfully submitted,

/s/Thomas A. Kenniff

Thomas A. Kenniff

cc:   AUSA Alexandra Rothman (via ECF/Email: Alexandra.Rothman@usdoj.gov)
      AUSA Andrew Rohrbach (via ECF/Email: Andrew.rohrbach@usdoj.gov)

Manhattan Office
87 Walker Street
New York, NY 10013
212-274-0090

www.raiserandkenniff.com

Suffolk Office
150 Motor Parkway, Suite 401
Hauppauge, NY 11788
888-504-2746